# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**SE PROPERTY HOLDINGS, LLC,**
as Successor by Merger with
**VISION BANK,**

    Plaintiff,

v.           Case No. 3:13cv6/MCR/CJK

**HCB FINANCIAL CORP.,**

    Defendant.
_____/

## ORDER

HCB Financial Corp. moves for relief from the judgment entered in this case, arguing that the judgment is void because the court lacked subject matter jurisdiction. *See* Fed. R. Civ. P. 60(b).  The court disagrees.  For reasons stated in the response of SE Property Holdings, LLC, the court finds that the motion lacks all merit and is due to be denied without further comment.

Accordingly, the Motion for Relief from Judgment, ECF No. 415, is **DENIED**.

**DONE AND ORDERED** this 14th day of November, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**